[920 NE2d 90, 891 NYS2d 686]

VERIZON NEW YORK, INC., Appellant, v PAUL J. GARVIN, Respondent, et al., Defendant. (And Another Action.)

Decided November 24, 2009

## APPEARANCES OF COUNSEL

*Cosgrove Law Firm*, Buffalo (*Timothy J. Flynn* of counsel), for appellant.

*Barth Sullivan Behr*, Buffalo (*Pierre A. Vincent* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

Defendant landowner was entitled to summary judgment dismissing the complaint of plaintiff Verizon New York, Inc. for property damages arising from a fire that originated on defendant's premises. Defendant came forward with evidence that, less than a year before the fire, he installed smoke detectors that were inspected and deemed operable by a municipal inspector, contradicting plaintiff's claim that he negligently failed to install or maintain smoke detectors. In response, plaintiff did not raise a triable issue of fact by submitting proof in admissible form that the smoke detectors did not work on the day of the fire or that, prior to the incident, defendant had actual or constructive notice that they were not operable.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.